Mason and Thomas Dewer Exec^rs of the last Will & Testam^t of s^d Lionell Wheatley late of Boston dece^d or either of them Defend^ts in an action of the case for not paying the proportion or Share given to the s^d Jane Lancaster by the Will of s^d Lionell Wheatley being to the Value of One hundred & ten pounds of currant money or thereabouts with all other due damages &c. . . . The Jury. . . found for the Defend^t costs of Court granted ten Shillings and ten pence.

### Rose agt. Pitman

Roger Rose plaint. ag^t William Pitman Defend^t in an action of Battery strikeing him with a quart pot &c. . . . The Jury . . . found for the Defend^t costs of Court.

### Rose agt. Stowell

Roger Rose plaint. ag^t Samuel Stowell of Hingham Defend^t in an action of the case for not delivering the quantity of twelve cord of wood according to bill under his hand which is to the plaint^s damage three pound Six Shillings in money with all other due damages &c. . . . The Jury . . . found for the Defend^t costs of Court allow^d twenty nine Shillings Eight pence. The plaint. appealed from this Judgem^t unto the next Court of Assistants and put in Security for the prosecution thereof to Effect.

[ The bill, Burrell's receipt for 12 cords from Stowell on account of Roger Rose at Elder Bates' landing place at Weymouth, and various depositions are in S. F. 1722.2–6. Rose appealed (S. F. 1722.1), alleging the wood was not delivered to the proper place at the time agreed, and that the wood delivered at Bates' landing was rotten and measured but 9 cords. The Court of Assistants (Records, i. 121) sustained the lower court, and Rose had to pay 48*s* 3*d* costs.]

### Fox ag^t Leverett

Nathanael Fox plaint. on replevin ag^t John Leverett Esq^r Defend^t The plaint. was nonsuted in failure of process not giving a Summons.

### Dell agt. Longfellow

Joseph Dell plaint. ag^t William Longfellow Defend^t in an action of the case for the Forfiture of a bond of three hundred and one pounds fourteen Shillings and four pence in money &c. . . . The Jury . . . found for the Defend^t costs of Court. [ 521 ]